■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE HERNANDEZ, Appellant. [60 NYS3d 808]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Robert Stolz, J.), rendered on or about June 26, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Manzanet-Daniels, Kapnick, Kern and Singh, JJ.

(October 5, 2017)

■ In the Matter of PEGGY M., Appellant, v MICHAEL O'L., Respondent. [60 NYS3d 819]—

Order, Family Court, Bronx County (Diane Keisel, J.), entered on or about December 16, 2014, which dismissed the petition to modify a visitation order, unanimously affirmed, without costs.

A full evidentiary hearing on the petition to modify a visitation order less then four months after the order, was not required, because petitioner made no offer of proof of a change in circumstances, and the court possessed sufficient information for a determination of the child's best interests (see Matter of Martha V. v Tony R., 151 AD3d 653 [1st Dept 2017]). Respondent was awarded custody in September 2011, based, inter alia, on petitioner's campaign to undermine the child's relationship with him (Matter of Michael O. v Peggy M., 110 AD3d 499 [1st Dept 2013]). In July 2014, the court denied respondent's petition to suspend all visitation, but modified the 2011 custody order to limit petitioner to two supervised visits per month. Concur—Acosta, P.J., Renwick, Webber, Oing and Moulton, JJ.